# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NAKEYDRAN L. WILLIAMS

NO. 2024 KW 0245

**JUNE 17, 2024**

---

In Re:   Nakeydran L. Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-12-0005.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.**

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT